**Exhibit D: Infringement Claim Chart for Cosentino Calacatta Themis**

The product charted below practices asserted claims 22-25 of U.S. Patent No. 10,195,762 as depicted below. The citations to evidence below are not exhaustive but rather are exemplary in nature. For instance, where Cambria identifies a portion of a document's text, the identification should be understood as referencing any corresponding figure or diagram and vice versa.  This disclosure is not an admission by Cambria that any of the below claims are invalid, particularly when they are properly construed and applied. To the extent Cambria applies the claim construction of any other party, it is not an admission that the claims should be construed a certain way. The product charted below practices under any reasonable interpretation of the claim language. Cambria reserves the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, and/or information obtained during discovery as the case progresses.[1]

Based on the information and evidence available to Cambria to date and its analysis of that evidence, Calacatta Themis is representative of other infringing Cosentino Products.

**Accused Products:** Calacatta Themis, Calacatta Tova, Bronze Rivers, Blanc Elysee, Chateau Brown, Eclectic Pearl, Victorian Silver, Romantic Ash, Bohemian Flare, Parisien Blue, Versailles Ivory, Calacatta West.

---

[1] *See* Calacatta Themis, COSENTINO, https://www.cosentino.com/usa/colors/silestone/calacatta-themis/ (last visited Mar. 13, 2026); Silestone Safety Datasheet, COSENTINO, https://www.cosentino.com/professional/technical-documentation/ (last visited Mar. 13, 2026); Silestone Manufacturing Process by Cosentino, COSENTINO, https://www.youtube.com/watch?v=CM13K4gSZYQ/ (last visited Mar. 13, 2026); Silestone Quartz, SILESTONE, https://thesilestone.com/silestone-quartz/ (last visited Mar. 13, 2026); 5 Things About Silestone's Low-Silica Evolution to a Hybrid Mineral Surface, COSENTINO https://www.cosentino.com/usa/news/five-things-to-know-about-silestones-evolution-to-become-a-low-silica-mineral-surface/ (last visited Mar, 19, 2026).

**Claim Chart for U.S. Patent No. 10,195,762**

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| **22-pre.** A processed slab, comprising: | To the extent the preamble is limiting, Cosentino's Calacatta Themis Slab (the "Cosentino Slab") is a processed slab.<br><br><br><br>**Silestone** is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>As shown above, the Cosentino Slab is a processed slab formed from mixes comprising quartz, pigments, and resins.<br><br>The Cosentino Accused Products are a processed slab. *See, e.g.,* |

1

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Calacatta Themis    Calacatta Tova    Bronze Rivers<br><br>Blanc Elysee    Chateau Brown    Eclectic Pearl<br><br>Victorian Silver    Romantic Ash    Bohemian Flame<br><br>Parisien Bleu    Versailles Ivory    Calacatta West |
| **22-A.** a major surface defined by a set of | The Cosentino Slab has a major surface defined by a set of particulate mineral mixes: |

2

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| particulate mineral mixes and | **Composition (%):** The material is made up of inorganic mineral fillers (85-95%) that include quartz, silica sand, cristobalite, glass, silicon, feldspar and ceramic particles in different proportions depending on the product; it also contains polymerised polyester resin (5-15%), and the rest (<5%) is made up of pigments and additives. Certain products may contain titanium dioxide ($TiO_2$) (0-2.5%).<br><br>**Silestone** is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>First particulate mineral mix<br>Second particulate mineral mix |

3

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | # Calacatta Themis<br><br>SILESTONE - SUMA<br><br>**DESCRIPTION:**<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>As shown above, the Cosentino Slab has a major surface defined by a set of particulate mineral mixes. Cosentino labels the particulate mineral mixes as "Off-White" and "Black and Gray."<br><br>The Cosentino Accused Products have a major surface defined by a set of particulate mineral mixes. *See, e.g.,*<br><br>Calacatta Themis     Calacatta Tova     Bronze Rivers<br><br>Blanc Elysee     Chateau Brown     Eclectic Pearl |

4

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Victorian Silver     Romantic Ash     Bohemian Flame <br><br> Parisien Bleu     Versailles Ivory     Calacatta West |
| **22-B.** having a rectangular shape that is at least 2 feet wide by at least 6 feet long and having a slab thickness, | The Cosentino Slab has a rectangular shape that is at least 3 feet wide by at least 6 feet long and having a slab thickness: |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>As shown above, the Cosentino Slab has a rectangular shape with an average width of 62.60 inches (i.e., 5.22 feet), which is at least 2 feet. Further, the Cosentino Slab has an average length of 128.74 inches (i.e., 10.56 feet), which is at least 6 feet. Finally, the Cosentino Slab has a slab thickness that is not less than 2 cm.<br><br>The Cosentino Accused Products have a rectangular shape that is at least 2 feet wide by at least 6 feet long and having a slab thickness. *See, e.g.,* |

6

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis | | |
|---|---|---|---|
| | Calacatta Themis | Calacatta Tova | Bronze Rivers |
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **22-C.** the major surface comprising a first | The Cosentino Slab has the major surface comprising a first particulate mineral mix and a second particulate mineral mix: | | |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| particulate mineral mix and a second particulate mineral mix, | **Composition (%):** The material is made up of inorganic mineral fillers (85-95%) that include quartz, silica sand, cristobalite, glass, silicon, feldspar and ceramic particles in different proportions depending on the product; it also contains polymerised polyester resin (5-15%), and the rest (<5%) is made up of pigments and additives. Certain products may contain titanium dioxide ($TiO_2$) (0-2.5%).<br><br>**Silestone** is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>As shown above, the Cosentino Slab is made of pigmented particulate mineral mixes comprising quartz, pigments, and resins.<br><br>First particulate mineral mix<br>Second particulate mineral mix |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>As shown above, the major surface of the Cosentino Slab comprises a first particulate mineral mix (e.g., "Black and Gray") and a second particulate mineral mix (e.g., "Off-White").  The "Black and Gray" particulate mineral mix is different from the "Off-White" particulate mineral mix, including at least based upon differences in one or more pigments, as evidenced by the differences in colors between the "Black and Gray" regions of the Cosentino Slab and the "Off-White" regions of the Cosentino Slab.<br><br>The Cosentino Accused Products have the major surface comprising a first particulate mineral mix and a second particulate mineral mix. *See, e.g.,* |

9

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis | | |
|---|---|---|---|
| | Calacatta Themis <br> | Calacatta Tova <br> | Bronze Rivers <br> |
| | Blanc Elysee <br> | Chateau Brown <br> | Eclectic Pearl <br> |
| | Victorian Silver <br> | Romantic Ash <br> | Bohemian Flame <br> |
| | Parisien Bleu <br> | Versailles Ivory <br> | Calacatta West <br> |
| **22-D.** wherein the first particulate mineral mix occupies the entire slab thickness at a set of first | The Cosentino Slab has the first particulate mineral mix occupies the entire slab thickness at a set of first regions, the set of first regions including a first vein in a generally widthwise direction along the major surface and a second vein in a generally lengthwise direction along the major surface: |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| regions, the set of first regions including a first vein in a generally widthwise direction along the major surface and a second vein in a generally lengthwise direction along the major surface, | The Cosentino Slab has the first particulate mineral mix occupies the entire slab thickness:<br><br><br><br>First particulate mineral mix (i.e., Black and Gray) occupies the entire slab thickness at a set of first regions.<br><br>As shown above, the first particulate mineral mix occupies the entire slab thickness at a set of first regions.<br><br>Further, the Cosentino Slab has a set of first regions including a first vein in a generally widthwise direction along the major surface and a second vein in a generally lengthwise direction along the major surface: |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | First vein in a generally widthwise direction along the major surface<br><br>Second vein in a generally lengthwise direction along the major surface<br><br>As shown above, the set of first regions of the Cosentino Slab has a first vein in a generally widthwise direction (orange) and a second vein in a generally lengthwise direction (purple) along the major surface of the slab.<br><br>The Cosentino Accused Products have the first particulate mineral mix occupies the entire slab thickness at a set of first regions, the set of first regions including a first vein in a generally widthwise direction along the major surface and a second vein in a generally lengthwise direction along the major surface. *See, e.g.,*<br><br>Calacatta Themis         Calacatta Tova         Bronze Rivers |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | **Blanc Elysee** **Chateau Brown** **Eclectic Pearl** <br><br>**Victorian Silver** **Romantic Ash** **Bohemian Flame** <br><br>**Parisien Bleu** **Versailles Ivory** **Calacatta West** |
| **22-E.** wherein the second particulate mineral mix occupies the entire slab thickness at a set of second regions, | The Cosentino Slab has the second particulate mineral mix occupies the entire slab thickness at a set of second regions: |

13

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  Second particulate mineral mix (i.e., Off-White) occupies the entire slab thickness at a set of second regions. <br><br> As shown above, the second particulate mineral mix, the "Off-White" color, occupies the entire thickness of the slab. <br><br> The Cosentino Accused Products have the second particulate mineral mix occupies the entire slab thickness at a set of second regions. *See, e.g.,* |

14

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis | | |
|---|---|---|---|
| | Calacatta Themis | Calacatta Tova | Bronze Rivers |
| | | | |
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | | | |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | | | |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| | | | |
| **22-F.** the first and second particulate mineral mixes being different, and | The Cosentino Slab has the first and second particulate mineral mixes being different: | | |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
|  | First particulate mineral mix (i.e., Black and Gray) (blue) is different from second particulate mineral mix (i.e., Off-White) (red)<br><br>As shown above, the Cosentino Slab is made of two different particulate mineral mixes: "Off-White" and "Black and Gray"  The "Black and Gray" particulate mineral mix is different from the "Off-White" particulate mineral mix, including at least based upon differences in one or more pigments, as evidenced by the differences in colors between the "Black and Gray" region of the Cosentino Slab and the "Off-White" region of the Cosentino Slab.<br><br>The Cosentino Accused Products have the first and second particulate mineral mixes being different. *See, e.g.,*<br><br>Calacatta Themis        Calacatta Tova        Bronze Rivers<br> |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis | | |
|---|---|---|---|
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **22-G.** wherein the first particulate mineral mix is absent from the set of second regions and the second particulate mineral mix is absent from the set of first regions. | The Cosentino Slab has the first particulate mineral mix is absent from the set of second regions and the second particulate mineral mix is absent from the set of first regions: | | |

17

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the first particulate mineral mix (i.e., Black and Gray) is absent from the set of second regions and the second particulate mineral mix (i.e., Off-White) is absent from the set of first regions.<br><br>The Accused Products literally infringe this limitation.  To the extent Cosentino argues that "wherein the first particulate mineral mix is absent from the set of second regions and the second particulate mineral mix is absent from the set of first regions" is not literally satisfied because the first mineral mix is allegedly not literally absent from the set of second regions and the second particulate mineral mix is allegedly not literally absent from the set of first regions, e.g., due to alleged intermixing, Cambria disagrees, but Cosentino also infringes this limitation at least under the doctrine of equivalents. Any alleged intermixing between the mineral mixes in the Accused Products is minor and at most an insubstantial difference from the relative absence of the mineral mixes to one another recited in the claim. Furthermore, the relative distributions of the mineral mixes in the Accused Products perform substantially the same function as the claimed absence of the mixes (e.g., to create visually distinct patterns), in substantially the same way (e.g., keeping the mixes sufficiently pure and separate in their respective regions of the slab to maintain a visual distinction), to achieve substantially the same result (e.g., patterns that are visually distinct).<br><br>The Cosentino Accused Products have the first particulate mineral mix is absent from the set of second regions and the second particulate mineral mix is absent from the set of first regions. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers<br><br>Blanc Elysee          Chateau Brown          Eclectic Pearl |

19

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Victorian Silver    Romantic Ash    Bohemian Flame<br><br>Parisien Bleu    Versailles Ivory    Calacatta West |
| **23.** The processed slab of claim 22, wherein the first and second particulate mineral mixes each comprise quartz and one or more binders. | *See* evidence and discussion for claim **22** *supra*.<br><br>The Cosentino Slab has the first and second particulate mineral mixes each comprise quartz and one or more binders: |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Composition (%): The material is made up of inorganic mineral fillers (85-95%) that include quartz, silica sand, cristobalite, glass, silicon, feldspar and ceramic particles in different proportions depending on the product; it also contains polymerised polyester resin (5-15%), and the rest (<5%) is made up of pigments and additives. Certain products may contain titanium dioxide (TiO$_2$) (0-2.5%).<br><br>Silestone is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>As shown above, the Cosentino Slab is a processed slab formed from pigmented particulate mixes comprising quartz, pigments, and binders.<br><br>First particulate mineral mix<br><br>Second particulate mineral mix |

21

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the first particulate mineral mix (annotated with the blue arrow) is different from the second particulate mineral mix (annotated with the red arrow), including at least based upon differences in one or more pigments, as evidenced by the differences in colors between the set of first regions and the set of second regions of the Cosentino Slab.<br><br>Although the Accused Products are advertised as "low-silica," they still contain quartz and have the same properties as quartz slabs:<br><br>• All Silestone colors are produced with Hybriq® technology, which means they have a low silica content (40% or less). The presence of quartz has been reduced by using premium, high-performance raw minerals and recycled materials in its composition.<br><br>• Even though Silestone® is low silica, its high performance remains. The surface's unique technical and design characteristics allow it to have a high resistance to stains, scratches, and impact making it easy to maintain.<br><br>To the extent that Cosentino argues that any Accused Products do not comprise quartz and/or comprise a quartz substitute, those Accused Products infringe this limitation at least under the doctrine of equivalents. The particulate minerals of the Accused Products perform substantially the same function as the claimed quartz (e.g., as a particulate mineral that provides hardness and performance properties), in substantially the same way (e.g., based on the physical and chemical properties of the mineral), to achieve substantially the same result (e.g., a processed slab with the resulting performance properties).  Further, any differences between the particulate minerals of the Accused Products and quartz are insubstantial.<br><br>The Cosentino Accused Products have the first and second particulate mineral mixes each comprise quartz and one or more binders. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers<br> |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Blanc Elysee — Chateau Brown — Eclectic Pearl <br> Victorian Silver — Romantic Ash — Bohemian Flame <br> Parisien Bleu — Versailles Ivory — Calacatta West |
| **24.** The processed slab of claim 22, wherein the set of second regions is an inverse of the set of first regions. | *See* evidence and discussion for claim **22** *supra*. <br><br> The Cosentino Slab is a processed slab, wherein the set of second regions is an inverse of the set of first regions. |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | |

# Calacatta Themis

SILESTONE - SUMA

DESCRIPTION:

Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.

First set of regions

Second set of regions

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the first particulate mineral mix occupies the first set of regions, and the second particulate mineral mix occupies the second set of regions. As further shown above, the set of second regions is an inverse of the set of first regions.<br><br>The Cosentino Accused Products have the first and second particulate mineral mixes each comprise quartz and one or more binders. *See, e.g.,*<br><br>Calacatta Themis    Calacatta Tova    Bronze Rivers<br><br>Blanc Elysee    Chateau Brown    Eclectic Pearl<br><br>Victorian Silver    Romantic Ash    Bohemian Flame<br><br>Parisien Bleu    Versailles Ivory    Calacatta West |

25

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  |
| **25.** The processed slab of claim 22, wherein the set of first regions and set of second regions do not overlap. | *See* evidence and discussion for claim **25** *supra*.<br><br>The Cosentino Slab has the set of first regions and set of second regions do not overlap:<br><br>Set of first regions<br><br>Set of second regions |

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
|  | <br><br>As shown above, the set of first regions formed by the first particulate mineral mix and the set of second regions formed by the second particulate mineral mix do not overlap.<br><br>The Cosentino Accused Products have the first and second particulate mineral mixes that do not overlap. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

27

| U.S. Patent No. 10,195,762 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  |