**Exhibit E: Infringement Claim Chart for Cosentino Calacatta Themis Slab**

The product charted below practices asserted claims 14-20 of U.S. Patent No. 10,252,440 as depicted below. The citations to evidence below are not exhaustive but rather are exemplary in nature. For instance, where Cambria identifies a portion of a document's text, the identification should be understood as referencing any corresponding figure or diagram and vice versa. This disclosure is not an admission by Cambria that any of the below claims are invalid, particularly when they are properly construed and applied. To the extent Cambria applies the claim construction of any other party, it is not an admission that the claims should be construed a certain way. The product charted below practices under any reasonable interpretation of the claim language. Cambria reserves the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, and/or information obtained during discovery as the case progresses.[1]

Based on the information and evidence available to Cambria to date and its analysis of that evidence, Calacatta Themis is representative of other infringing Cosentino Products.

**Accused Products:** Calacatta Themis, Calacatta Tova, Bronze Rivers, Blanc Elysee, Chateau Brown, Eclectic Pearl, Victorian Silver, Romantic Ash, Bohemian Flare, Parisien Blue, Versailles Ivory, Calacatta West.

---

[1] *See* Calacatta Themis, COSENTINO, https://www.cosentino.com/usa/colors/silestone/calacatta-themis/ (last visited Mar. 13, 2026); Silestone Safety Datasheet, COSENTINO, https://www.cosentino.com/professional/technical-documentation/ (last visited Mar. 13, 2026); Silestone Manufacturing Process by Cosentino, COSENTINO, https://www.youtube.com/watch?v=CM13K4gSZYQ/ (last visited Mar. 13, 2026); Silestone Quartz, SILESTONE, https://thesilestone.com/silestone-quartz/ (last visited Mar. 13, 2026); 5 Things About Silestone's Low-Silica Evolution to a Hybrid Mineral Surface, COSENTINO https://www.cosentino.com/usa/news/five-things-to-know-about-silestones-evolution-to-become-a-low-silica-mineral-surface/ (last visited Mar, 19, 2026).

**Claim Chart for U.S. Patent No. 10,252,440**

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| **14-pre.** A process of forming a processed slab comprising, | To the extent the preamble is limiting, Cosentino's Calacatta Themis (the "Cosentino Slab") is manufactured according to a process of forming a processed slab. |

1

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  Composition (%): The material is made up of inorganic mineral fillers (85-95%) that include quartz, silica sand, cristobalite, glass, silicon, feldspar and ceramic particles in different proportions depending on the product; it also contains polymerised polyester resin (5-15%), and the rest (<5%) is made up of pigments and additives. Certain products may contain titanium dioxide ($TiO_2$) (0-2.5%). |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | The mixture is poured into molds and vibrated under vacuum conditions. This removes air pockets and compresses the material to create an even, consistent slab.<br><br>As shown above, the Cosentino Slab is a processed slab formed from pigmented particulate mixes comprising quartz, pigments, and resins, which are "poured into molds and vibrated under vacuum conditions."<br><br>Silestone is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>The Cosentino Accused Products are manufactured using a process of forming a processed slab. *See e.g.,*<br><br>Calacatta Themis         Calacatta Tova         Bronze Rivers<br><br>Blanc Elysee         Chateau Brown         Eclectic Pearl<br><br>Victorian Silver         Romantic Ash         Bohemian Flame |

3

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  Parisien Bleu    Versailles Ivory    Calacatta West |
| **14-A.** sequentially dispensing at least first and second pigmented particulate mineral mixes into a slab mold that has first and second set of regions | The Cosentino Slab is formed by sequentially dispensing at least first and second pigmented particulate mineral mixes into a slab mold that has first and second set of regions. |

4

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | **How is Silestone Quartz Made?**<br><br>Silestone quartz countertops are made through an **engineered process** involving vibrocompression under a vacuum. Here are the key steps:<br><br>• **Quartz crystals** are mined and then crushed into a fine powder. This accounts for approximately 90% of the Silestone material.<br>• The ground quartz is combined with **binding resins**, **pigments** for color, and **other proprietary compounds**. These account for around 8% of the Silestone mix.<br>• The mixture is poured into molds and vibrated under vacuum conditions. This removes air pockets and compresses the material to create an even, consistent slab.<br>• The engineered slab is then **cured in an oven** to harden the binding resins.<br>• Finally, the Silestone quartz slab is polished and prepared for fabrication and installation.<br><br>This highly controlled process allows the manufacturer to produce slabs with uniform coloring, patterns, and performance qualities. It's what distinguishes engineered quartz from the natural variations of stone.<br><br>As shown above, the Cosentino Slab is formed from pigmented particulate mineral mixes comprising quartz, pigments, and resins dispensed into slab molds. Upon information and belief, the first and second pigmented particulate mineral mixes, shown below, are dispensed into the slab molds sequentially.<br><br>**Calacatta Themis**<br><br>SILESTONE - SUMA<br><br>DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach. |

5

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above and below, the Cosentino Slab is formed by sequentially dispensing at least two different pigmented particulate mineral mixes, which Cosentino labels "Off-White" and "Black and Gray." <br><br> <br><br> Further, the slab mold used to form the Cosentino Slab has a first and second set of regions, which correspond to the "Off-White" and "Black and Gray" regions in the Cosentino Slab, respectively. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>The Cosentino Accused Products are manufactured by sequentially dispensing at least first and second pigmented particulate mineral mixes into a slab mold that has first and second set of regions. *See e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

7

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis | | |
|---|---|---|---|
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **14-B.** the first pigmented particulate mineral mix different | In the process of forming the Cosentino Slab, the first pigmented particulate mineral mix is different than the second pigmented particulate mineral mix. | | |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| than the second pigmented particulate mineral mix | **Calacatta Themis**<br><br>SILESTONE - SUMA<br><br>DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>Black and Gray<br><br>Off-White |

9

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the Cosentino Slab is formed using two different pigmented particulate mineral mixes: "Off-White" and "Black and Gray." The "Black and Gray" pigmented particulate mineral mix is different from the "Off-White" pigmented particulate mineral mix, including at least based upon differences in one or more pigments, as evidenced by the differences in colors between the "Black and Gray" region of the Cosentino Slab and the "Off-White" region of the Cosentino Slab.<br><br><br><br>In the process of manufacturing the Cosentino Accused Products, the first pigmented particulate mineral mix different than the second pigmented particulate mineral mix. *See, e.g.,* |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Calacatta Themis      Calacatta Tova      Bronze Rivers <br><br> Blanc Elysee      Chateau Brown      Eclectic Pearl <br><br> Victorian Silver      Romantic Ash      Bohemian Flame <br><br> Parisien Bleu      Versailles Ivory      Calacatta West |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| **14-C.** wherein the first pigmented particulate mineral mix is dispensed into the first set of regions of the slab mold, and the second pigmented particulate mineral mix is dispensed into the second set of regions of the slab mold | In the process of forming the Cosentino Slab, the first pigmented particulate mineral mix is dispensed into the first set of regions of the slab mold, and the second pigmented particulate mineral mix is dispensed into the second set of regions of the slab mold.<br><br>Off-White<br><br>Black and Gray<br><br>• The mixture is poured into molds and vibrated under vacuum conditions. This removes air pockets and compresses the material to create an even, consistent slab. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  As shown above, the Cosentino Slab is formed using two different pigmented particulate mineral mixes: "Off-White" and "Black and Gray." Thus, the first pigmented particulate mineral mix (e.g., "Off-White")[2] is dispensed into the first set of regions of the slab mold, and the second pigmented particulate mineral mix (e.g., "Black and Gray") is dispensed into the second set of regions of the slab mold. |

[2] Labeling the first pigmented particulate mineral mix "Off-White" and the second pigmented particulate mix "Black and Gray" is for illustration purposes only. Cosentino's contentions remain the same if the first pigmented particulate mineral mix is labeled "Black and Gray" and the second pigmented particulate mineral mix is labeled "Off-White."

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | In the process of manufacturing the Cosentino Accused Products, the first pigmented particulate mineral mix is dispensed into the first set of regions of the slab mold, and the second pigmented particulate mineral mix is dispensed into the second set of regions of the slab mold. *See e.g.,* |

Calacatta Themis

Calacatta Tova

Bronze Rivers

Blanc Elysee

Chateau Brown

Eclectic Pearl

Victorian Silver

Romantic Ash

Bohemian Flame

Parisien Bleu

Versailles Ivory

Calacatta West

14

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| **14-D.** the second set of regions different than the first set of regions; | In the process of forming the Cosentino Slab, the second set of regions is different than the first set of regions.<br><br><br><br>Off-White regions<br>Black and Gray regions |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
|  |  |

16

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>As shown above, the Cosentino Slab is formed using a slab mold with two different sets of regions. The first set of regions may be identified as the "Off-White" regions,[3] and the second set of regions may be identified as the "Black and Gray" regions. Thus, the second set of regions is different from the first set of regions. |

---

[3] Labeling the first pigmented particulate mineral mix "Off-White" and the second pigmented particulate mix "Black and Gray" is for illustration purposes only. Cosentino's contentions remain the same if the first pigmented particulate mineral mix is labeled "Black and Gray" and the second pigmented particulate mineral mix is labeled "Off-White."

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | In the process of manufacturing the Cosentino Accused Products, the second set of regions different than the first set of regions. *See, e.g.,* <br><br> Calacatta Themis <br> Calacatta Tova <br> Bronze Rivers <br><br> Blanc Elysee <br> Chateau Brown <br> Eclectic Pearl <br><br> Victorian Silver <br> Romantic Ash <br> Bohemian Flame <br><br> Parisien Bleu <br> Versailles Ivory <br> Calacatta West |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| **14-E.** vibrating and compacting the pigmented particulate mineral mixes arranged in the slab mold to form a processed slab that is generally rectangular and has a major surface with a width of at least 3 feet and a length of at least 6 feet. | The Cosentino Slab is formed by vibrating and compacting the pigmented particulate mineral mixes arranged in the slab mold to form a processed slab that is generally rectangular and has a major surface with a width of at least 3 feet and a length of at least 6 feet. <br><br> **How is Silestone Quartz Made?** <br><br> Silestone quartz countertops are made through an **engineered process** involving vibrocompression under a vacuum. Here are the key steps: <br><br> • **Quartz crystals** are mined and then crushed into a fine powder. This accounts for approximately 90% of the Silestone material. <br> • The ground quartz is combined with **binding resins**, **pigments** for color, and **other proprietary compounds**. These account for around 8% of the Silestone mix. <br> • The mixture is poured into molds and vibrated under vacuum conditions. This removes air pockets and compresses the material to create an even, consistent slab. <br> • The engineered slab is then **cured in an oven** to harden the binding resins. <br> • Finally, the Silestone quartz slab is polished and prepared for fabrication and installation. <br><br> This highly controlled process allows the manufacturer to produce slabs with uniform coloring, patterns, and performance qualities. It's what distinguishes engineered quartz from the natural variations of stone. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>As shown above, the Cosentino Slab is formed using slab "molds" and "under vacuum conditions." Therefore, the Cosentino Slab is formed by vibrating and compacting the pigmented particulate mineral mixes arranged in the slab mold to form a processed slab.<br><br>Further, the Cosentino Slab is a processed slab that is generally rectangular and has a major surface with a width of at least 3 feet and a length of at least 6 feet: |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the surface of the Cosentino Slab has a width of 62.60 inches (i.e., 5.22 feet), which is at least 3 feet. Further, the surface of the Cosentino Slab has a length of 126.74 inches (i.e., 10.56 feet), which is at least 6 feet.<br><br>The Cosentino Accused Products are manufactured by vibrating and compacting the pigmented particulate mineral mixes arranged in the slab mold to form a processed slab that is generally rectangular and has a major surface with a width of at least 3 feet and a length of at least 6 feet. *See, e.g.*<br><br>Calacatta Themis        Calacatta Tova        Bronze Rivers<br><br>Blanc Elysee        Chateau Brown        Eclectic Pearl<br><br>Victorian Silver        Romantic Ash        Bohemian Flame<br><br>Parisien Bleu        Versailles Ivory        Calacatta West |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | |
| **15.** The process of claim 14, wherein sequentially dispensing at least first and second pigmented particulate mineral mixes comprises dispensing at least two differently colored mineral mixes that each include quartz, one or more pigments, and at least one binder. | *See* evidence and discussion for claim 14 *supra*.<br><br>The process of forming the Cosentino Slab includes the process of claim 14, wherein sequentially dispensing at least first and second pigmented particulate mineral mixes comprises dispensing at least two differently colored mineral mixes that each include quartz, one or more pigments, and at least one binder. *See* claims **14-A**, **14-B**, **14-C**.<br><br> |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the Cosentino Slab is formed from pigmented particulate mineral mixes comprising quartz, pigments, and resins dispensed into a slab mold. Upon information and belief, the first and second pigmented particulate mineral mixes are dispensed into the slab mold sequentially.<br><br>**What is Silestone Quartz?**<br><br>**Silestone** is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>The result is a manmade countertop material that mimics the look and feel of natural stone, but without some of its drawbacks. Silestone comes in a wide variety of colors and patterns to suit any decor. It's also non-porous, making it very stain and scratch resistant compared to materials like granite and marble.<br><br>Silestone quartz counters are made using a specialized vibrocompression vacuum process. This gives the material consistency and density that results in excellent durability and longevity. And because it's engineered rather than mined, there's less variation between slabs.<br><br>**3.2 Mixtures**<br><br>**Composition (%):** The material is made up of inorganic mineral fillers (85-95%) that include quartz, silica sand, cristobalite, glass, silicon, feldspar and ceramic particles in different proportions depending on the product; it also contains polymerised polyester resin (5-15%), and the rest (<5%) is made up of pigments and additives. Certain products may contain titanium dioxide ($TiO_2$) (0-2.5%).<br><br>As shown above and below, the Cosentino Slab is formed by sequentially dispensing at least two different pigmented particulate mineral mixes, which Cosentino labels "Off-White" and "Black and Grey." The first pigmented particulate mineral mix is different from the second pigmented particulate mineral mix, including at least based upon differences in one or more pigments, as evidenced by the differences in colors between the first set of regions of the Cosentino Slab and the second set of regions of the Cosentino Slab. |

23

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Although the Accused Products are advertised as "low-silica," they still contain quartz and have the same properties as quartz slabs:<br><br>• All Silestone colors are produced with Hybriq® technology, which means they have a low silica content (40% or less). The presence of quartz has been reduced by using premium, high-performance raw minerals and recycled materials in its composition.<br><br>• Even though Silestone® is low silica, its high performance remains. The surface's unique technical and design characteristics allow it to have a high resistance to stains, scratches, and impact making it easy to maintain.<br><br>To the extent that Cosentino argues that any Accused Products do not comprise quartz and/or comprise a quartz substitute, those Accused Products infringe this limitation at least under the doctrine of equivalents. The particulate minerals of the Accused Products perform substantially the same function as the claimed quartz (e.g., as a particulate mineral that provides hardness and performance properties), in substantially the same way (e.g., based on the physical and chemical properties of the mineral), to achieve substantially the same result (e.g., a processed slab with the resulting performance properties).  Further, any differences between the particulate minerals of the Accused Products and quartz are insubstantial.<br><br>In the process of manufacturing the Cosentino Accused Products, sequentially dispensing at least first and second pigmented particulate mineral mixes comprises dispensing at least two differently colored mineral mixes that each include quartz, one or more pigments, and at least one binder. *See e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers<br><br>Blanc Elysee          Chateau Brown          Eclectic Pearl |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>Victorian Silver     Romantic Ash     Bohemian Flame<br><br>Parisien Bleu     Versailles Ivory     Calacatta West |
| **16.** The process of claim 15, wherein the first set of regions includes a first pigmented vein and the second set of regions includes a second pigmented vein. | *See* evidence and discussion for claim 15 *supra*.<br><br>The Cosentino Slab is manufactured according to a process of claim 15, wherein the first set of regions includes a first pigmented vein and the second set of regions includes a second pigmented vein. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |

As shown above, the slab mold used to form the Cosentino Slab has a first and second set of regions, which correspond to the "Off-White" and "Black and Gray" regions in the Cosentino Slab, respectively. Also shown above, each region includes a different pigmented vein, at least based upon differences in one or more pigments, as evidenced by the differences in colors between the "Off-White" region of the Cosentino Slab and the "Black and Gray" region of the Cosentino Slab. |

26

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | <br><br>Therefore, the Cosentino slab includes a first set of regions with a first pigmented vein, and a second set of regions with a second pigmented vein.<br><br>In the process of manufacturing the Cosentino Accused Products, the first set of regions includes a first pigmented vein and the second set of regions includes a second pigmented vein. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Blanc Elysee    Chateau Brown    Eclectic Pearl <br><br> Victorian Silver    Romantic Ash    Bohemian Flame <br><br> Parisien Bleu    Versailles Ivory    Calacatta West |
| **17.** The process of claim 15, wherein sequentially dispensing the first and | *See* evidence and discussion for claim 15 *supra*. |

28

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| second pigmented particulate mineral mixes comprises dispensing the first pigmented particulate mineral mix into the first set of regions of the slab mold through a first stencil, and dispensing the second pigmented particulate mineral mix into the second set of regions of the slab mold through a second stencil. | The Cosentino slab is manufactured according to a process of claim 15, wherein sequentially dispensing the first and second pigmented particulate mineral mixes comprises dispensing the first pigmented particulate mineral mix into the first set of regions of the slab mold through a first stencil, and dispensing the second pigmented particulate mineral mix into the second set of regions of the slab mold through a second stencil.<br><br>**Calacatta Themis**<br>SILESTONE - SUMA<br><br>DESCRIPTION:<br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>As shown above and below, the Cosentino Slab is formed by sequentially dispensing at least two different pigmented particulate mineral mixes, which Cosentino labels "Off-White" and "Black and Gray." The first and second pigmented particulate mineral mixes are different, at least based upon differences in one or more pigments, as evidenced by the differences in colors between the "Black and Gray" region of the Cosentino Slab and the "Off-White" region of the Cosentino Slab. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | **How is Silestone Quartz Made?**<br><br>Silestone quartz countertops are made through an **engineered process** involving vibrocompression under a vacuum. Here are the key steps:<br><br>• **Quartz crystals** are mined and then crushed into a fine powder. This accounts for approximately 90% of the Silestone material.<br>• The ground quartz is combined with **binding resins**, **pigments** for color, and **other proprietary compounds**. These account for around 8% of the Silestone mix.<br>• The mixture is poured into molds and vibrated under vacuum conditions. This removes air pockets and compresses the material to create an even, consistent slab.<br>• The engineered slab is then **cured in an oven** to harden the binding resins.<br>• Finally, the Silestone quartz slab is polished and prepared for fabrication and installation.<br><br>This highly controlled process allows the manufacturer to produce slabs with uniform coloring, patterns, and performance qualities. It's what distinguishes engineered quartz from the natural variations of stone.<br><br>Upon information and belief, the first and second pigmented particulate mineral mixes are dispensed into the slab mold sequentially, wherein the first pigmented particulate mineral mix is dispensed into the first set of regions of the slab mold through a first stencil and the second pigmented particulate mineral mix is dispensed into the second set of regions of the slab mold through a second stencil.<br><br>To the extent Cosentino argues that the Accused Products are not made using first and second stencils, the process for making these Accused Products infringes this limitation at least under the doctrine of equivalents. In particular, the process for making the Accused Products is at least equivalent to dispensing the first pigmented particulate mineral mix into the first set of regions of the slab mold through a first stencil, and dispensing the second pigmented particulate mineral mix into the second set of regions of the slab mold through a second stencil, as it performs substantially the same function as the claimed stencils (e.g., dispensing the mineral mixes into respective sets of regions), in substantially the same way (e.g., by following a pattern that includes at least those sets of regions), to achieve substantially the same result (e.g., the mineral mixes are dispensed into the respective sets of regions). Further, any differences between the process for making the Accused Products and the claimed use of stencils are insubstantial. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | In the process of manufacturing the Cosentino Accused Products, sequentially dispensing the first and second pigmented particulate mineral mixes comprises dispensing the first pigmented particulate mineral mix into the first set of regions of the slab mold through a first stencil, and dispensing the second pigmented particulate mineral mix into the second set of regions of the slab mold through a second stencil. *See, e.g.,* |

Calacatta Themis

Calacatta Tova

Bronze Rivers

Blanc Elysee

Chateau Brown

Eclectic Pearl

Victorian Silver

Romantic Ash

Bohemian Flame

Parisien Bleu

Versailles Ivory

Calacatta West

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  |
| **18.** The process of claim 17, wherein a first distributor outputs the first pigmented particulate mineral mix into the first set of regions of the slab mold, and a second distributor subsequently outputs the second pigmented particulate mineral mix into the second set of regions of the slab mold. | *See* evidence and discussion for claim 17 *supr*a.<br><br>The Cosentino Slab is manufactured according to the process described in claim 17, wherein a first distributor outputs the first pigmented particulate mineral mix into the first set of regions of the slab mold, and a second distributor subsequently outputs the second pigmented particulate mineral mix into the second set of regions of the slab mold. |

33

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | As shown above, the first pigmented particulate mineral mix is dispensed into the first set of regions of the slab mold and the second pigmented particulate mineral mix is dispensed into the second set of regions of the slab mold. Upon information and belief, the first distributor outputs the first pigmented particulate mix into the first set of regions of the slab mold and the second distributor outputs the second pigmented particulate mix into the second set of regions of the slab mold.<br><br>In the process of manufacturing the Cosentino Accused Products, a first distributor outputs the first pigmented particulate mineral mix into the first set of regions of the slab mold, and a second distributor subsequently outputs the second pigmented particulate mineral mix into the second set of regions of the slab mold. *See, e.g.,*<br><br>Calacatta Themis　　Calacatta Tova　　Bronze Rivers<br><br>Blanc Elysee　　Chateau Brown　　Eclectic Pearl<br><br>Victorian Silver　　Romantic Ash　　Bohemian Flame<br> |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis | | |
|---|---|---|---|
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **19.** The process of claim 18, comprising sequentially dispensing at least the first and second pigmented particulate mineral mixes into each slab mold in a series of slab molds according to a predefined and repeated pattern for each mold in the series of molds so as to define complementary regions of multiple different particulate mixes have generally the same appearance in each mold in the series of molds. | *See* evidence and discussion for claim 18 *supra*.<br><br>The Cosentino Slab is manufactured according to the process described in claim 18, comprising sequentially dispensing at least the first and second pigmented particulate mineral mixes into each slab mold in a series of slab molds according to a predefined and repeated pattern for each mold in the series of molds so as to define complementary regions of multiple different particulate mixes have generally the same appearance in each mold in the series of molds.<br><br>**What is Silestone Quartz?**<br><br>**Silestone** is the brand name of a quartz surface engineered by the Spanish company Cosentino. It consists of roughly 90% ground quartz combined with 8% resins, pigments, and other compounds that bind the mixture together.<br><br>The result is a manmade countertop material that mimics the look and feel of natural stone, but without some of its drawbacks. Silestone comes in a wide variety of colors and patterns to suit any decor. It's also non-porous, making it very stain and scratch resistant compared to materials like granite and marble.<br><br>Silestone quartz counters are made using a specialized vibrocompression vacuum process. This gives the material consistency and density that results in excellent durability and longevity. And because it's engineered rather than mined, there's less variation between slabs. | | |

35

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | **3.2 Mixtures**<br><br>Composition (%): The material is made up of inorganic mineral fillers (85-95%) that include quartz, silica sand, cristobalite, glass, silicon, feldspar and ceramic particles in different proportions depending on the product; it also contains polymerised polyester resin (5-15%), and the rest (<5%) is made up of pigments and additives. Certain products may contain titanium dioxide ($TiO_2$) (0-2.5%).<br><br>**How is Silestone Quartz Made?**<br><br>Silestone quartz countertops are made through an **engineered process** involving vibrocompression under a vacuum. Here are the key steps:<br><br>• **Quartz crystals** are mined and then crushed into a fine powder. This accounts for approximately 90% of the Silestone material.<br>• The ground quartz is combined with **binding resins, pigments** for color, and **other proprietary compounds**. These account for around 8% of the Silestone mix.<br>• The mixture is poured into molds and vibrated under vacuum conditions. This removes air pockets and compresses the material to create an even, consistent slab.<br>• The engineered slab is then **cured in an oven** to harden the binding resins.<br>• Finally, the Silestone quartz slab is polished and prepared for fabrication and installation.<br><br>This highly controlled process allows the manufacturer to produce slabs with uniform coloring, patterns, and performance qualities. It's what distinguishes engineered quartz from the natural variations of stone.<br><br>As shown above, the Cosentino Slab is formed from pigmented particulate mineral mixes comprising quartz, pigments, and resins dispensed into a slab mold. Upon information and belief, the first and second pigmented particulate mineral mixes, shown below, are dispensed into the slab mold sequentially. |

36

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | ## Calacatta Themis<br><br>SILESTONE - SUMA<br><br>DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>As shown above and below, the Cosentino Slab is formed by sequentially dispensing at least two different pigmented particulate mineral mixes, which Cosentino labels "Off-White" and "Black and Gray." The first and second pigmented particulate mineral mixes are different, at least based upon differences in one or more pigments, as evidenced by the differences in colors between the "Off-White" pigmented particulate mineral mix of the Cosentino Slab and the "Black and Grey" pigmented particulate mineral mix of the Cosentino Slab. |

37

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  Off-White regions / Black and Gray regions |

As shown above, the first and second pigmented particulate mineral mixes are dispensed into each slab mold in a series of slab molds according to a predefined and repeated pattern for each mold in the series of molds so as to define complementary regions of multiple different particulate mixes that have generally the same appearance in each mold in the series of molds.

The Cosentino Accused Products are manufactured by sequentially dispensing at least the first and second pigmented particulate mineral mixes into each slab mold in a series of slab molds according to a predefined and repeated pattern for each mold in the series of molds so as to define complementary regions of multiple different particulate mixes have generally the same appearance in each mold in the series of molds. *See, e.g.,*

Calacatta Themis        Calacatta Tova        Bronze Rivers

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| | Blanc Elysee　　　Chateau Brown　　　Eclectic Pearl<br><br>Victorian Silver　　　Romantic Ash　　　Bohemian Flame<br><br>Parisien Bleu　　　Versailles Ivory　　　Calacatta West |
| **20.** The process of claim 14, wherein the first set of regions is an inverse | *See* evidence and discussion for claim 14 *supra*. |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| of the second set of regions. | The Cosentino Slab is manufactured according to the process described in claim 14, wherein the first set of regions is an inverse of the second set of regions.<br><br><br><br>As shown above, the first set of regions is an inverse of the second set of regions. Thus, the Cosentino Slab is formed wherein the first set of regions is an inverse of the second set of regions.<br><br>In the process of manufacturing the Cosentino Accused Products, the first set of regions is an inverse of the second set of regions. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

| U.S. Patent No. 10,252,440 | Analysis of Cosentino Calacatta Themis |
|---|---|
| |  |