**Exhibit F: Infringement Claim Chart for Cosentino Silestone Calacatta Themis**

The product charted below practices claims 1, 2, and 4-16 of U.S. Patent No. 12,370,718 as depicted below. The citations to evidence below are not exhaustive but rather are exemplary in nature. For instance, where Cambria identifies a portion of a document's text, the identification should be understood as referencing any corresponding figure or diagram and vice versa. This disclosure is not an admission by Cambria that any of the below claims are invalid, particularly when they are properly construed and applied. To the extent Cambria applies the claim construction of any other party, it is not an admission that the claims should be construed a certain way. The product charted below practices under any reasonable interpretation of the claim language. Cambria reserves the right to rely on additional citations or sources of evidence that also may be applicable or that may become applicable in light of claim construction, and/or information obtained during discovery as the case progresses.[1]

Based on the information and evidence available to Cambria to date and its analysis of that evidence, the Cosentino Silestone Calacatta Themis Slab is representative of other infringing Cosentino Products.

**Cosentino Accused Products**: Calacatta Themis, Calacatta Tova, Bronze Rivers, Blanc Elysee, Chateau Brown, Eclectic Pearl, Victorian Silver, Romantic Ash, Bohemian Flame, Parisien Blue, Versailles Ivory, Calacatta West.

---

[1] *See* Calacatta Themis, Cosentino, https://www.cosentino.com/usa/colors/silestone/calacatta-themis/ (last visited Mar. 16, 2026).

**Claim Chart for U.S. Patent No. 12,370,718**

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
| --- | --- |
| **1-pre.** A slab having a slab width and a slab length, the slab length extending perpendicular to and greater than the slab width, the slab comprising: | To the extent the preamble is limiting, Cosentino Silestone Calacatta Themis Slab (the "Cosentino Slab") is a slab having a slab width and a slab length, the slab length extending perpendicular to and greater than the slab width.<br><br><br><br>As shown above, the Cosentino Slab is a slab. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | <br><br>As shown above, the Cosentino Slab is a slab having a slab width (black) and a slab length (green), the slab length extending perpendicular (purple) to the slab width. |

2

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | As shown above, the Cosentino Slab has a width of not less than 63 inches (i.e., 5.25 feet), and a length of not less than 126 inches (i.e., 10.5 feet). Further, the Cosentino Slab length, which is not less than 126 inches, is greater than the slab width, which is not less than 63 inches.<br><br>To the extent the preamble is limiting the Cosentino Accused Products are slabs having a slab width and a slab length, the slab length extending perpendicular to and greater than the slab width. *See, e.g.,*<br><br>Calacatta Themis — Calacatta Tova — Bronze Rivers<br>Blanc Elysee — Chateau Brown — Eclectic Pearl<br>Victorian Silver — Romantic Ash — Bohemian Flame<br>Parisien Bleu — Versailles Ivory — Calacatta West |

3

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| |  |
| **1-A.** a front major surface defined by the slab width and the slab length; | The Cosentino Slab has a front major surface defined by the slab width and the slab length.<br><br>As shown above, the Cosentino Slab has a front major surface (purple) defined by the slab width (black) and the slab length (green). |

4

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | The Cosentino Accused Products have a front major surface defined by the slab width and the slab length. *See, e.g.,* |

Calacatta Themis

Calacatta Tova

Bronze Rivers

Blanc Elysee

Chateau Brown

Eclectic Pearl

Victorian Silver

Romantic Ash

Bohemian Flame

Parisien Bleu

Versailles Ivory

Calacatta West

5

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| **1-B.** a rear major surface defined by the slab width and the slab length, wherein the rear major surface is parallel with the front major surface of the slab and distal from the front major surface by a slab thickness; | The Cosentino Slab has a rear major surface defined by the slab width and the slab length, wherein the rear major surface is parallel with the front major surface of the slab and distal from the front major surface by a slab thickness.<br><br>The Cosentino Slab has a slab width and a slab length:<br><br>Slab Length    Rear major surface (behind)<br><br>Slab Width<br><br>As shown above, the Cosentino Slab has a rear major surface (purple) that is parallel with the front major surface of the slab and distal from the front major surface by a slab thickness. |

6

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Front major surface<br><br><br><br>Rear major surface (bottom of slab)<br><br>Rear major surface is parallel with the front major surface of the slab and distal from the front major surface by a slab thickness<br><br>As shown above, the Cosentino Slab has a front major surface (purple) and a rear major surface (underneath). Further, the rear major surface is defined by the slab width (black) and slab length (green) and is parallel with the front major surface. |

7

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | |

As shown above, the Cosentino Slab has a rear major surface defined by the slab width and the slab length, wherein the rear major surface is parallel with the front major surface of the slab and distal from the front major surface by a slab thickness of not less than 2 cm.

The Cosentino Accused Products have a rear major surface defined by the slab width and the slab length, wherein the rear major surface is parallel with the front major surface of the slab and distal from the front major surface by a slab thickness. *See, e.g.,*

Calacatta Themis

Calacatta Tova

Bronze Rivers

Blanc Elysee

Chateau Brown

Eclectic Pearl

8

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **1-C.** a first pattern of a first particulate mineral mix, the first pattern defining a background for the slab; and | The Cosentino Slab has a first pattern of a first particulate mineral mix, the first pattern defining a background for the slab. DESCRIPTION: Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach. | | |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | First pattern of a first particulate mineral mix (i.e., off-white) As shown above, the Cosentino Slab has a first pattern of a first particulate mineral mix, the first pattern defining a background for the slab. The Cosentino Accused Products have a first pattern of a first particulate mineral mix, the first pattern defining a background for the slab. *See, e.g.,* <br><br> Calacatta Themis    Calacatta Tova    Bronze Rivers <br> <br> Blanc Elysee    Chateau Brown    Eclectic Pearl |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Victorian Silver        Romantic Ash        Bohemian Flame<br><br>Parisien Bleu        Versailles Ivory        Calacatta West |
| **1-D.** a second pattern of a second particulate mineral mix, wherein the second particulate mineral mix is different than the first particulate mineral mix, the second pattern being a negative of the first pattern and defining a plurality of veins, wherein | The Cosentino Slab has a second pattern of a second particulate mineral mix, wherein the second particulate mineral mix is different than the first particulate mineral mix, the second pattern being a negative of the first pattern and defining a plurality of veins, wherein the first particulate mineral mix is absent from the second pattern and the second particulate mineral mix is absent from the first pattern. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| the first particulate mineral mix is absent from the second pattern and the second particulate mineral mix is absent from the first pattern, | DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>Second pattern defines a plurality of veins.<br><br>Second particulate mineral mix (i.e., black and gray) absent from the first pattern (i.e., off-white)<br><br>First particulate mineral mix (i.e., off-white) absent from the second pattern (i.e., black and gray)<br><br>As shown above, the Cosentino Slab has a second pattern of a second particulate mineral mix, wherein the second particulate mineral mix is different than the first particulate mineral mix, the second pattern being a negative of the first pattern and defining a plurality of veins, wherein the first particulate mineral mix is absent from the second pattern and the second particulate mineral mix is absent from the first pattern.<br><br>The Accused Products literally infringe this limitation. To the extent that Cosentino argues that "wherein the first particulate mineral mix is absent from the second pattern and the second particulate mineral mix is absent from the first pattern" is not literally satisfied because the first mineral mix is allegedly not literally absent |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | from the second pattern and the second particulate mineral mix is allegedly not literally absent from the first pattern, e.g., due to some alleged intermixing, Cambria disagrees, but Cosentino also infringes this limitation at least under the doctrine of equivalents. Any alleged intermixing between the mineral mixes in the Accused Products is minor and at most an insubstantial difference from the relative absence of the mineral mixes to one another recited in the claim. Furthermore, the relative distributions of the mineral mixes in the Accused Products perform substantially the same function as the claimed absence of the mixes (e.g. to create visually distinct patterns), in substantially the same way (e.g. keeping the mixes sufficiently pure and separate in their respective regions of the slab to maintain a visual distinction), to achieve substantially the same result (e.g. patterns that are visually distinct).<br><br>The Cosentino Accused Products have a second pattern of a second particulate mineral mix, wherein the second particulate mineral mix is different than the first particulate mineral mix, the second pattern being a negative of the first pattern and defining a plurality of veins, wherein the first particulate mineral mix is absent from the second pattern and the second particulate mineral mix is absent from the first pattern. *See, e.g.,*<br><br>Calacatta Themis    Calacatta Tova    Bronze Rivers<br><br>Blanc Elysee    Chateau Brown    Eclectic Pearl<br><br>Victorian Silver    Romantic Ash    Bohemian Flame |

13

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Parisien Bleu  Versailles Ivory  Calacatta West |
| **1-E.** wherein the first pattern and the second pattern are at least partially exposed along the front major surface and the rear major surface. | In the Cosentino Slab, the first pattern and the second pattern are at least partially exposed along the front major surface and the rear major surface. As shown above, in the Cosentino Slab, the first pattern and the second pattern are at least partially exposed along the front major surface. Upon information and belief the first pattern and the second pattern are at least partially exposed and the rear major surface. |

14

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | In the Cosentino Accused Products, the first pattern and the second pattern are at least partially exposed along the front major surface and the rear major surface. *See, e.g.,* <br><br> Calacatta Themis    Calacatta Tova    Bronze Rivers <br><br> Blanc Elysee    Chateau Brown    Eclectic Pearl <br><br> Victorian Silver    Romantic Ash    Bohemian Flame <br><br> Parisien Bleu    Versailles Ivory    Calacatta West |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| **2.** The slab of claim 1, wherein the plurality of veins defines a border completely surrounding a first region of the background. | *See* evidence and discussion for claim 1 *supra*.<br><br>In the Cosentino Slab, the plurality of veins defines a border completely surrounding a first region of the background.<br><br>DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>Plurality of veins defines a border completely surrounding a first region<br><br>First region of the background |

16

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | As shown above, in the Cosentino Slab, the plurality of veins defines a border completely surrounding a first region of the background.<br><br>In the Cosentino Accused Products, the plurality of veins defines a border completely surrounding a first region of the background. *See, e.g.,*<br><br>Calacatta Themis · Calacatta Tova · Bronze Rivers<br><br>Blanc Elysee · Chateau Brown · Eclectic Pearl<br><br>Victorian Silver · Romantic Ash · Bohemian Flame<br><br>Parisien Bleu · Versailles Ivory · Calacatta West |

17

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| |  |
| **4.** The slab of claim 1, wherein a first vein of the plurality of veins bisects a second vein of the plurality of veins on the front major surface. | *See* evidence and discussion for claim 1 *supra*.<br><br>In the Cosentino Slab, a first vein of the plurality of veins bisects a second vein of the plurality of veins on the front major surface.<br><br>First vein bisects a second vein    Second vein    A front major surface |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | As shown above, in the Cosentino Slab, a first vein of the plurality of veins bisects a second vein of the plurality of veins on the front major surface.<br><br>In the Cosentino Accused Products, a first vein of the plurality of veins bisects a second vein[2] of the plurality of veins on the front major surface. *See, e.g.,*<br><br>Calacatta Themis    Calacatta Tova    Bronze Rivers<br><br>Blanc Elysee    Chateau Brown    Eclectic Pearl<br><br>Victorian Silver    Romantic Ash    Bohemian Flame |

[2] As discussed *supra*, the arrows above and throughout these contentions are just illustrative and exemplary. For instance, the veins pointed to are not the only veins found in the Accused Products that: (a) extend in first and second directions, (b) have first and second vain widths, (c) and/or the only first vein(s) that bisect(s) a second vein. For example, as is apparent from the image above, numerous first veins bisect second veins. Other veins additionally demonstrate infringement.

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| | | | |
| **5.** The slab of claim 4, wherein the first vein extends in a first direction along the major surface and the second vein extends in a second direction on the major surface non-parallel to the first direction. | *See* evidence and discussion for claim 4 *supra*.<br><br>In the Cosentino Slab, the first vein extends in a first direction along the major surface and the second vein extends in a second direction on the major surface non-parallel to the first direction.<br><br>A major surface<br><br>First vein extends in a first direction<br><br><br><br>Second vein extends in a direction non-parallel to the first direction<br><br>As shown above, in the Cosentino Slab, the first vein extends in a first direction along the major surface and the second vein extends in a second direction on the major surface non-parallel to the first direction. |

20

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | In the Cosentino Accused Products, the first vein extends in a first direction along the major surface and the second vein extends in a second direction on the major surface non-parallel to the first direction. *See, e.g.,* <br><br> Calacatta Themis      Calacatta Tova      Bronze Rivers <br><br> Blanc Elysee      Chateau Brown      Eclectic Pearl <br><br> Victorian Silver      Romantic Ash      Bohemian Flame <br><br> Parisien Bleu      Versailles Ivory      Calacatta West |

21

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| **6.** The slab of claim 1, wherein a first vein of the plurality of veins has a first vein width on the major surface and a second vein of the plurality of veins has a second vein width on the major surface, wherein the first vein width is different than the second vein width. | *See* evidence and discussion for claim 1 *supra*.<br><br>In the Cosentino Slab, a first vein of the plurality of veins has a first vein width on the major surface and a second vein of the plurality of veins has a second width on the major surface, wherein the first vein width is different than the second vein width.<br><br>A major surface  First vein width  Second vein width<br><br>As shown above, in the Cosentino Slab, a first vein of the plurality of veins has a first vein width on the major surface and a second vein of the plurality of veins has a second vein width on the major surface, wherein the first vein width is different than the second vein width.<br><br>In the Cosentino Accused Products, a first vein of the plurality of veins has a first vein width on the major surface and a second vein of the plurality of veins has a second vein width on the major surface, wherein the first vein width is different than the second vein width. *See, e.g.,* |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Calacatta Themis | Calacatta Tova | Bronze Rivers |
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **7.** The slab of claim 1, wherein a first vein of the plurality of veins has a variable width on the | *See* evidence and discussion for claim 1 *supra*. | | |

23

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| major surface such that the first vein has a first width at a first lengthwise position different than a second width at a second lengthwise position. | In the Cosentino Slab, a first vein of a plurality of veins has a variable width on the major surface such that the first vein has a first width at a first lengthwise position different than a second width at a second lengthwise position.<br><br>First width at a first lengthwise position<br><br>First vein<br><br>Second width at a second lengthwise position<br><br>The major surface<br><br>As shown above, in the Cosentino Slab, a first vein of the plurality of veins has a variable width on the major surface such that the first vein has a first width at a first lengthwise position different than a second width at a second lengthwise position.<br><br>In the Cosentino Accused Products, a first vein of the plurality of veins has a variable width on the major surface such that the first vein has a first width at a first lengthwise position different than a second width at a second lengthwise position. *See, e.g.,*<br><br>Calacatta Themis      Calacatta Tova      Bronze Rivers |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Blanc Elysee    Chateau Brown    Eclectic Pearl<br><br>Victorian Silver    Romantic Ash    Bohemian Flame<br><br>Parisien Bleu    Versailles Ivory    Calacatta West |
| **8.** The slab of claim 1, wherein the first particulate mineral mix is configured to provide a noticeable contrast in | *See* evidence and discussion for claim 1 *supra*.<br><br>In the Cosentino Slab, the first particulate mineral mix is configured to provide a noticeable contrast in appearance to the second particulate mineral mix. |

25

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| appearance to the second particulate mineral mix. | DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach.<br><br>Second particulate mineral mix (i.e. black and gray)<br><br>First particulate mineral mix (i.e. off-white) is configured to provide a noticeable contrast in appearance to the second particulate mineral mix (i.e. black and gray)<br><br>In the Cosentino Accused Products, the first particulate mineral mix is configured to provide a noticeable contrast in appearance to the second particulate mineral mix. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Blanc Elysee    Chateau Brown    Eclectic Pearl <br> Victorian Silver    Romantic Ash    Bohemian Flame <br> Parisien Bleu    Versailles Ivory    Calacatta West |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| **9-pre.** A slab comprising: | To the extent the preamble is limiting, Cosentino Silestone Calacatta Themis (the "Cosentino Slab") is a slab.  As shown above, the Cosentino Slab is a slab. To the extent the preamble is limiting, the Cosentino Accused Products are slabs. *See, e.g.,* |

| Calacatta Themis | Calacatta Tova | Bronze Rivers |
|---|---|---|

| Blanc Elysee | Chateau Brown | Eclectic Pearl |
|---|---|---|

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| |  |
| **9-A.** a slab width of at least 2 feet and a slab length of at least 6 feet; | The Cosentino Slab has a width of at least 2 feet and a slab length of at least 6 feet.<br><br>As shown above, the Cosentino Slab has a width of not less than 63 inches (i.e., 5.2 feet), which is at least 2 feet. Further, the Cosentino Slab has a length of not less than 128.74 inches (i.e., 10.7 feet), which is at least 6 feet. |

29

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | The Cosentino Accused Products have a width of at least 2 feet and a slab length of at least 6 feet. *See, e.g.,* <br><br> Calacatta Themis<br>Calacatta Tova<br>Bronze Rivers <br><br> Blanc Elysee<br>Chateau Brown<br>Eclectic Pearl <br><br> Victorian Silver<br>Romantic Ash<br>Bohemian Flame <br><br> Parisien Bleu<br>Versailles Ivory<br>Calacatta West |
| **9-B.** a first lengthwise edge extending along | The Cosentino Slab has a first lengthwise edge extending along the slab length and a second lengthwise edge extending along the slab length opposite the first lengthwise edge. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| the slab length and a second lengthwise edge extending along the slab length opposite the first lengthwise edge; |  As shown above, the Cosentino Slab has a first lengthwise edge[3] extending along the slab length and a second lengthwise edge extending along the slab length opposite the first lengthwise edge. The Cosentino Accused Products have a first lengthwise edge extending along the slab length and a second lengthwise edge extending along the slab length opposite the first lengthwise edge. *See, e.g.*, |

[3] Labeling the first lengthwise edge as the edge at the top of the above image and the second lengthwise edge as the edge at the bottom of the above image is for illustration purposes only. Cambria's contentions remain the same if the first lengthwise edge is labelled as the edge at the bottom of the above image and the second lengthwise edge is labeled as the edge at the top of the above image.

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Calacatta Themis | Calacatta Tova | Bronze Rivers |
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **9-C.** a first widthwise edge extending along the slab width and a second widthwise | The Cosentino Slab has a first widthwise edge extending along the slab width and a second widthwise edge extending along the slab width opposite the first widthwise edge. | | |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| edge extending along the slab width opposite the first widthwise edge; | First Widthwise Edge<br><br>Second Widthwise Edge<br><br>As shown above, the Cosentino Slab has a first widthwise edge[4] extending along the slab width and a second widthwise edge extending along the slab width opposite the first widthwise edge.<br><br>The Cosentino Accused Products have a first widthwise edge extending along the slab width and a second widthwise edge extending along the slab width opposite the first widthwise edge. *See, e.g.,*<br><br>Calacatta Themis            Calacatta Tova            Bronze Rivers |

[4] Labeling the first widthwise edge as the edge at the left side of the above image and the second widthwise edge as the edge at the right side of the above image is for illustration purposes only.  Cambria's contentions remain the same if the first widthwise edge is labelled as the edge at the right side of the above image and the second widthwise edge is labeled as the edge at the left side of the above image.

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Blanc Elysee    Chateau Brown    Eclectic Pearl <br> Victorian Silver    Romantic Ash    Bohemian Flame <br> Parisien Bleu    Versailles Ivory    Calacatta West <br>       |
| **9-D.** a main interconnected material having an irregular branching channel | The Cosentino Slab has a main interconnected material having an irregular branching channel configuration, wherein at least a portion of the irregular branching channel configuration is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge, or the second widthwise edge. *See supra* nn. 3, 4. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| configuration, wherein at least a portion of the irregular branching channel configuration is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge, or the second widthwise edge; and |  |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| |

As shown above, the Cosentino Slab has a main interconnected material having an irregular branching channel configuration, wherein at least a portion of the irregular branching channel configuration is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge, or the second widthwise edge. *See supra* nn. 3, 4. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
|  | The Cosentino Accused Products have a main interconnected material having an irregular branching channel configuration, wherein at least a portion of the irregular branching channel configuration is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge, or the second widthwise edge. *See, e.g.,* <br><br> Calacatta Themis    Calacatta Tova    Bronze Rivers <br><br> Blanc Elysee    Chateau Brown    Eclectic Pearl <br><br> Victorian Silver    Romantic Ash    Bohemian Flame <br><br> Parisien Bleu    Versailles Ivory    Calacatta West |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| |  |
| **9-E.** a plurality of interstitial material portions, wherein at least a portion of each interstitial material portion is in direct contact with at least a portion of the main interconnected material, | The Cosentino Slab has a plurality of interstitial material portions, wherein at least a portion of each interstitial material portion is in direct contact with at least a portion of the main interconnected material. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | As shown above, the Cosentino Slab has a plurality of interstitial material portions, wherein at least a portion of each interstitial material portion is in direct contact with at least a portion of the main interconnected material.<br><br>The Cosentino Accused Products have a plurality of interstitial material portions, wherein at least a portion of each interstitial material portion is in direct contact with at least a portion of the main interconnected material. *See, e.g.,*<br><br>Calacatta Themis    Calacatta Tova    Bronze Rivers<br><br>Blanc Elysee    Chateau Brown    Eclectic Pearl<br><br>Victorian Silver    Romantic Ash    Bohemian Flame<br><br>Parisien Bleu    Versailles Ivory    Calacatta West |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | |
| **9-F.** wherein the main interconnected material is absent from the plurality of interstitial material portions and the plurality of interstitial material portions is absent from the main interconnected material. | In the Cosentino Slab, the main interconnected material is absent from the plurality of interstitial material portions and the plurality of interstitial material portions is absent from the main interconnected material. <br><br> Plurality of interstitial material portions (i.e., off-white) absent from the main interconnected material (i.e., black and gray) <br><br> Main interconnected material (i.e., black and gray) absent from interstitial material portions (i.e., off-white) <br><br> As shown above, in the Cosentino Slab, the main interconnected material is absent from the plurality of interstitial material portions and the plurality of interstitial material portions is absent from the main interconnected material. <br><br> The Accused Products literally infringe this limitation. To the extent that Cosentino argues that "wherein the main interconnected material is absent from the plurality of interstitial material portions and the plurality of interstitial material portions is absent from the main interconnected material" is not literally satisfied because the main interconnected material is allegedly not literally absent from the plurality of interstitial material portions and the plurality of interstitial material portions is allegedly not literally absent from the main interconnected material, e.g., due to alleged intermixing, Cambria disagrees, but Cosentino also infringes this limitation at least under the |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | doctrine of equivalents. Any alleged intermixing between the materials in the Accused Products is minor and at most an insubstantial difference from the relative absence of the materials to one another recited in the claim. Furthermore, the relative distributions of the materials in the Accused Products perform substantially the same function as the claimed absence of the materials (e.g., to create visually distinct patterns), in substantially the same way (e.g., keeping the materials sufficiently pure and separate in their respective regions of the slab to maintain a visual distinction), to achieve substantially the same result (e.g., patterns that are visually distinct).<br><br>In the Cosentino Accused Products, the main interconnected material is absent from the plurality of interstitial material portions and the plurality of interstitial material portions is absent from the main interconnected material. *See, e.g.,*<br><br>Calacatta Themis  Calacatta Tova  Bronze Rivers<br><br>Blanc Elysee  Chateau Brown  Eclectic Pearl<br><br>Victorian Silver  Romantic Ash  Bohemian Flame |

41

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **10.** The slab of claim 9, wherein the main interconnected material and the plurality of interstitial material portions extends from a front major surface to a rear major surface through a thickness of the slab. | *See* evidence and discussion for claim 9 *supra*.<br><br>In the Cosentino Slab, the main interconnected material and the plurality of interstitial material portions extends from a front major surface to a front major surface to a rear major surface through a thickness of the slab.<br><br> | | |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | <br><br>As shown above, in the Cosentino Slab, the main interconnected material and the plurality of interstitial material portions extends from a front major surface to a rear major surface through a thickness of the slab.<br><br>In the Cosentino Accused Products, the main interconnected material and the plurality of interstitial material portions extends from a front major surface to a front major surface to a rear major surface through a thickness of the slab. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
|  | Blanc Elysee    Chateau Brown    Eclectic Pearl <br><br> Victorian Silver    Romantic Ash    Bohemian Flame <br><br> Parisien Bleu    Versailles Ivory    Calacatta West <br><br>       |
| **11.** The slab of claim 9, wherein the plurality of interstitial | *See* evidence and discussion for claim 9 *supra*. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| material portions comprises two adjacent interstitial material portions separated by a portion of the main interconnected material. | In the Cosentino Slab, the plurality of interstitial material portions comprises two adjacent interstitial material portions separated by a portion of the main interconnected material.<br><br>Plurality of interstitial material portions<br><br>Portion of interconnected material<br><br>As shown above, in the Cosentino Slab, the plurality of interstitial material portions comprises two adjacent interstitial material portions separated by a portion of the main interconnected material.<br><br>In the Cosentino Accused Products, the plurality of interstitial material portions comprises two adjacent interstitial material portions separated by a portion of the main interconnected material. *See, e.g.,*<br><br>Calacatta Themis      Calacatta Tova      Bronze Rivers |

45

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| | | | |
| **12.** The slab of claim 9 wherein at least one of the plurality of interstitial material portions is in | *See* evidence and discussion for claim 9 *supra*.<br><br>In the Cosentino Slab, at least one of the plurality of interstitial material portions is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge or the second widthwise edge. | | |

46

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge, or the second widthwise edge. | <br><br>As shown above, in the Cosentino Slab, at least one of the plurality of interstitial material portions is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge, or the second widthwise edge.<br><br>In the Consentino Accused Products, at least one of the plurality of interstitial material portions is in communication with at least one or more of the first lengthwise edge, the second lengthwise edge, the first widthwise edge or the second widthwise edge. *See, e.g.,* |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Calacatta Themis     Calacatta Tova     Bronze Rivers <br><br> Blanc Elysee     Chateau Brown     Eclectic Pearl <br><br> Victorian Silver     Romantic Ash     Bohemian Flame <br><br> Parisien Bleu     Versailles Ivory     Calacatta West |
| **13.** The slab of claim 9, wherein the plurality of interstitial | *See* evidence and discussion for claim 9 *supra*. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| material portions comprises one or more closed interstitial material portions, wherein each of the one or more closed interstitial material portions is completely surrounded by the main interconnected material. | In the Cosentino Slab, the plurality of interstitial material portions comprises one or more closed interstitial material portions, wherein each of the one or more closed interstitial material portions is completely surrounded by the main interconnected material.<br><br>Closed interstitial material portion completely surrounded<br><br>Main interconnected material<br><br><br><br>As shown above, in the Cosentino Slab, the plurality of interstitial material portions comprises one or more closed interstitial material portions, wherein each of the one or more closed interstitial material portions is completely surrounded by the main interconnected material.<br><br>In the Cosentino Accused Products, the plurality of interstitial material portions comprises one or more closed interstitial material portions, wherein each of the one or more closed interstitial material portions is completely surrounded by the main interconnected material. *See, e.g.,*<br><br>Calacatta Themis          Calacatta Tova          Bronze Rivers |

49

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Blanc Elysee   Chateau Brown   Eclectic Pearl <br> Victorian Silver   Romantic Ash   Bohemian Flame <br> Parisien Bleu   Versailles Ivory   Calacatta West <br>     |
| **14.** The slab of claim 9, the plurality of interstitial material portions has one or more adjacent | *See* evidence and discussion for claim 9 *supra*. <br><br> In the Cosentino Slab, the plurality of interstitial material portions has one or more adjacent interstitial material portions, wherein each of the adjacent interstitial material portions are in direct contact with a portion of the main interconnected material located between and separating each of the adjacent interstitial material portions. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| interstitial material portions are in direct contact with a portion of the main interconnected material located between and separating each of the adjacent interstitial material portions. | Main interconnected material located between and separating each of the adjacent interstitial material portions<br><br>Adjacent interstitial material portions<br><br>As shown above, in the Cosentino Slab, the plurality of interstitial material portions has one or more adjacent interstitial material portions, wherein each of the adjacent interstitial material portions are in direct contact with a portion of the main interconnected material located between and separating each of the adjacent interstitial material portions.<br><br>In the Cosentino Accused Products, the plurality of interstitial material portions has one or more adjacent interstitial material portions, wherein each of the adjacent interstitial material portions are in direct contact with a portion of the main interconnected material located between and separating each of the adjacent interstitial material portions. *See, e.g.,* |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis | | |
|---|---|---|---|
| | Calacatta Themis | Calacatta Tova | Bronze Rivers |
| | Blanc Elysee | Chateau Brown | Eclectic Pearl |
| | Victorian Silver | Romantic Ash | Bohemian Flame |
| | Parisien Bleu | Versailles Ivory | Calacatta West |
| **15.** The slab of claim 9, wherein the | *See* evidence and discussion for claim 9 *supra*. | | |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| irregular branching channel configuration comprises a first branch extending in a first direction from an intersection point and a second branch extending in a second direction from the intersection point, the second direction different from the first direction. | In the Cosentino Slab, the irregular branching channel configuration comprises a first branch extending in a first direction from an intersection and a second branch extending in a second direction from the intersection, the second direction different from the first direction.<br><br>First branch extending in a first direction<br><br>Intersection point<br><br>Second branch extending in a second direction from the intersection point, the second direction different form the first direction<br><br>As shown above, in the Cosentino Slab, the irregular branching channel configuration comprises a first branch extending in a first direction from an intersection point and a second branch extending in a second direction from the intersection point, the second direction different from the first direction. |

53

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | In the Cosentino Accused Products, the irregular branching channel configuration comprises a first branch extending in a first direction from an intersection and a second branch extending in a second direction from the intersection, the second direction different from the first direction. *See, e.g.,* |

Calacatta Themis

Calacatta Tova

Bronze Rivers

Blanc Elysee

Chateau Brown

Eclectic Pearl

Victorian Silver

Romantic Ash

Bohemian Flame

Parisien Bleu

Versailles Ivory

Calacatta West

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| **16.** The slab of claim 9, wherein the plurality of interstitial material portions comprises a first particulate mineral mix and the main interconnected material comprises a second particulate mineral mix, wherein the first particulate mineral mix is configured to provide a noticeable contrast in appearance to the second particulate mineral mix. | In the Cosentino Slab, the plurality of interstitial material portion comprises a first particulate mineral mix and the main interconnected material comprises a second particulate mineral mix, wherein the first particulate mineral mix is configured to provide a noticeable contrast in appearance to the second particulate mineral mix.<br><br>*See* evidence and discussion for claim 9 *supra*.<br><br>DESCRIPTION:<br><br>Calacatta Themis combines an off-white background with black and gray veining to create an organic and balanced pattern. Its contrast adds character and sophistication, ideal for spaces that seek to combine classic elegance with a contemporary approach. |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | Main interconnected material comprises a second particulate mineral mix (i.e., black and gray)<br><br><br><br>Interstitial material portions comprises a first particulate mineral mix (i.e., off-white)<br><br>First particulate mineral mix (i.e., off-white) is configured to provide a noticeable contrast in appearance to the second particulate mineral mix (i.e. black and gray)<br><br>As shown above, in the Cosentino Slab, the plurality of interstitial material portions comprises a first particulate mineral mix and the main interconnected material comprises a second particulate mineral mix, wherein the first particulate mineral mix is configured to provide a noticeable contrast in appearance to the second particulate mineral mix.<br><br>In the Cosentino Accused Products, the plurality of interstitial material portion comprises a first particulate mineral mix and the main interconnected material comprises a second particulate mineral mix, wherein the first particulate |

| U.S. Patent No. 12,370,718 | Analysis of Cosentino Silestone Calacatta Themis |
|---|---|
| | mineral mix is configured to provide a noticeable contrast in appearance to the second particulate mineral mix.. *see, e.g.,* <br><br> Calacatta Themis     Calacatta Tova     Bronze Rivers <br><br> Blanc Elysee     Chateau Brown     Eclectic Pearl <br><br> Victorian Silver     Romantic Ash     Bohemian Flame <br><br> Parisien Bleu     Versailles Ivory     Calacatta West |